USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/25/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO ORTIZ,

           Plaintiff,

v.

CAFE 71 INC., *et al.*,

           Defendants.

No. 16-CV-4412 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 28, 2017, Plaintiff Ricardo Ortiz submitted a declaration from Scott A. Lucas, attorney for Plaintiff, which includes a copy of the retainer agreement provided to Mr. Ortiz. The retainer agreement states that Mr. Ortiz has been provided with an unsigned copy of the agreement in Spanish in an effort to better help him understand his rights and obligations under the agreement.

No later than October 31, 2018, Plaintiff shall submit a declaration affirming that Plaintiff's counsel has similarly reviewed the terms of the proposed settlement agreement with Mr. Ortiz in his native language, whether orally through a translator or by written copy of the proposed settlement agreement in Mr. Ortiz's native language.

SO ORDERED.

Dated:    October 25, 2018
           New York, New York

Ronnie Abrams
United States District Judge