USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/20/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO ORTIZ,

                 Plaintiff,

v.

CAFE 71 INC., *et al.*,

                 Defendants.

No. 16-CV-4412 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 20, 2017, Plaintiff submitted a motion for settlement approval. Dkt. 15. Accompanying the motion, Plaintiff provided a chart summarizing the total amount to which entitled: $27,706 ($6,795 in unpaid minimum wage, $7,058 in overtime wages, and $13,853 in liquidated damages). *Id.* at 3–5. The proposed settlement agreement provides that Defendants shall pay Plaintiff $57,000, with Plaintiff receiving $37,391.45 after attorney's fees are deducted.

No later than November 30, 2018, defense counsel shall submit a letter explaining why a settlement amount that provides Plaintiff with substantially more than he estimates he could expect to receive at trial is fair and reasonable to Defendants. In the letter, counsel shall affirm they have shown this order, the fairness letter, and the proposed settlement agreement and all supporting materials to each individual defendant and corporate representative in this case, and that each defendant approves of the proposed settlement agreement.

SO ORDERED.

Dated:    November 20, 2018
             New York, New York

Ronnie Abrams
United States District Judge