USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/30/18.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO ORTIZ,

          Plaintiff,

    v.

CAFE 71 INC., *et al.*,

          Defendants.

No. 16-CV-4412 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall appear for a telephonic conference on December 7, 2018 at 12:15 p.m. to discuss whether the proposed settlement amount is fair and reasonable. The parties shall call Chambers at (212) 805-0162.

SO ORDERED.

Dated:    November 30, 2018
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge