```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO ORTIZ,

                Plaintiff,

     v.

CAFÉ 71 INC., *et al.*,

                Defendants.

No. 16-CV-4412 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at Friday's conference, the Court approves the parties' settlement agreement. The Court dismisses the Complaint with prejudice in accordance with the settlement agreement. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    December 10, 2018
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge